# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PATRICK WELLS, BETHANY
WELLS, AND KELVIN WELLS

VERSUS

MENTORSHIP STEAM ACADEMY AS
PART OF HELIX COMMUNITY
SCHOOL AND ITS INSURER,
PRESTON CASTILLE, DONALD
JOHNSON, ADONIS REED, AND
CHRISTINE HENRY

NO.   2025 CW 0611

SEPTEMBER 8, 2025

---

In Re:    Kelvin Wells, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          719275.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.**

                    WIL
                    EW
                    CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT